# In the United States Bankruptcy Court
## for the Southern District of Georgia

In the matter of:  )  Chapter 13 Case
Scott L. Sherman  )
Margaret L. Sherman  )  Number 10-21577
                Debtor(s)  )
                )

**AMENDED**
**CHAPTER 13 PLAN AND MOTION**
[General Order 2005-3 Approved Form]

1. Debtor(s) shall pay to the Trustee the sum of $ __432.00__ for the applicable commitment period of:

   ☐ 60 months: **or**   (If applicable include the following): These plan payments
   ☒ a minimum of 36 months. § 1325(b)(4).   change to $ _____ monthly on _____, 20___.

2. From the payments so received, the Trustee shall make disbursements as follows:

   (a) The Trustee percentage fee as set by the United States Trustee.

   (b) Attorney fees allowed pursuant to § 507(a)(2) of $ __2300.00__ to be paid in accordance with applicable General Orders of this Court.

   (c) Other § 507 claims, unless provided for otherwise in the plan will be paid in full over the life of the plan as funds become available in the order specified by law.

   (d) ☐ Monthly payments according to the contract on the following long-term debts. § 1322(b)(5). (Payments which become due after the filing of the petition but before the month of the first payment designated here will be added to the pre-petition arrearage claim):

   | CREDITOR | MONTH OF FIRST TRUSTEE PAYMENT | INITIAL MONTHLY PAYMENT |
   |---|---|---|
   | NONE | | |

   **IN THE ALTERNATIVE:**
   ☒ Debtor will make post-petition payments direct to creditor according to the contract on the following long-term debts:

   | CREDITOR | | INITIAL MONTHLY PAYMENT | DUE |
   |---|---|---|---|
   | Bank of America | 1st MTG | 1151.96 | December 1, 2010 |
   | Bank of America | 2nd MTG | 129.29 | December 15, 2010 |

   (e) Fully Secured Allowed Claims and Executory Contracts as set forth below:

   | CREDITOR | COLLATERAL | ESTIMATED CLAIM | INTEREST RATE | MONTHLY PAYMENT |
   |---|---|---|---|---|
   | Wells Fargo | 2004 Yukon | 13787 | 5% | 261.00 |

   (f) Undersecured Allowed Claims. Debtor moves to value the collateral partially securing the following claims pursuant to § 506 and provide payment in satisfaction of those claims as set forth below:

   | CREDITOR | COLLATERAL | VALUATION | INTEREST RATE | MONTHLY PAYMENT |
   |---|---|---|---|---|
   | NONE | | | | |

SLS - 2/4/2011
MS

*AMENDED - Page 2*

(g) Cure payments on allowed prepetition arrearage claims set forth below. § 1322(b)(5):

| CREDITOR | | ESTIMATED PREPETITION CLAIM |
|---|---|---|
| Bank of America | 1st mtg | 4,607.84 |

(h) The following unsecured allowed claims are classified to be paid at 100% ☐ with interest at _____ %; ☐ without interest.

None

(i) Allowed general unsecured claims, including the unsecured portion of any bifurcated claims provided for in ¶ 2(f) or 6, will be paid a ___0___ % dividend or a prorata share of $___0___, whichever is greater.

3. Debtor will make § 1326(a)(1) pre-confirmation lease and adequate protection payments on allowed claims of the following creditors:   ☐ Direct to the Creditor; or   ☒ To the Trustee

| CREDITOR | ADEQUATE PROTECTION OR LEASE PAYMENT AMOUNT |
|---|---|
| Bank of America | 46 |
| Wells Fargo | 138 |

4. Debtor will pay all post-petition domestic support obligations direct to the holder of such claim identified here. § 101(14A). Debtor requests Trustee to provide the statutory notice of § 1302(d) to these claimants.

| CREDITOR | ADDRESS |
|---|---|
| None | |

5. Pursuant to 11 U.S.C. § 522(f), debtor moves to avoid the liens of the following creditors, upon confirmation but subject to § 349, with respect to the property described below:

| CREDITOR | PROPERTY |
|---|---|
| None | |

6. The following collateral is surrendered to the creditor to satisfy the secured claim to the extent shown below:

| CREDITOR | DESCRIPTION OF COLLATERAL | AMOUNT OF CLAIM SATISFIED |
|---|---|---|
| None | | |

7. Holders of allowed secured claims shall retain the liens securing said claims to the full extent provided by § 1325(a)(5).

8. Other provisions:

Debtors have paid Filing Fee

9. The amount, and secured or unsecured status, of claims disclosed in this Plan are based upon debtor's best estimate and belief. An allowed proof of claim will supercede those estimated claims. Objections to claims may be filed before or after confirmation. Debtor will increase payments in the amount necessary to fund allowed claims as this Plan proposes, after notice from the Trustee and a hearing if necessary, unless a Plan Modification is approved.

Dated: February 4, 2011

_/s/ S. Sherman_
Scott L. Sherman, Debtor

_/s/ M. Sherman_
Margaret L. Sherman, Debtor

Revised 10/2005

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
_____BRUNSWICK_____ DIVISION

In the matter of:

Scott L. Sherman
Margaret L. Sherman
Debtor(s)

Chapter ___13___

Case Number __10-21577__

## CERTIFICATE OF SERVICE

This is to certify that I, Victoria Renee Weiss, Attorney for the Debtor(s) in the foregoing matter, have this day served the following parties with a copy of the following **Amended Documents**

- ☐ Voluntary Petition
- ☐ Summary of Schedules
- ☐ Schedule A - Real Property
- ☐ Schedule B - Personal Property
- ☐ Schedule C - Property Claimed as Exempt
- ☐ Schedule D - Creditors - Secured Claims
- ☐ Schedule E - Creditors - Unsecured Priority
- ☐ Schedule F - Creditors Unsecured Nonpriority
- ☐ Schedule G - Executory Contracts/ Leases
- ☐ Schedule H - Codebtors
- ☐ Schedule I - Current Income
- ☐ Schedule J - Current Expenditures
- ☐ Declaration Concerning Debtor's Schedules
- ☐ Statement of Financial Affairs
- ☐ Disclosure of Attorney Compensation
- ☐ Chapter 7 Debtor's Statement of Intention
- ☑ Chapter 13 Plan and
- ☐ Debtor(s) Original Verification to the Amended Documents
- ☐ Means Test
- ☐ _____

by:

☑ electronic filing through the ECF Bankrutpcy Filing System to the following:

☑ M. Elaina Massey Chapter 13 Trustee .......................... ecf@ch13bwk.com

☐ Michael R. Souther - Chapter 7 Trustee .......................... Ga41@ecfcbis.com

☐ Office of the United States Trustee .......................... Ustpregion21.sv.ecf@usdoj.gov

☐ Attorney for Creditor _____ .......................... _____

This ___4th___ day of ___February___, 2011

_Victoria Renee Weiss_ (signature)
Victoria Renee Weiss
Attorney For Debtors
4015 Community Road, Suite 102
Brunswick, GA 31520
(912) 267-6093
Georgia State Bar No. 746486